UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------ x
CARLOS ALBERTO POSADO CORREA, WILLIAM FABIAN JULA and NATALIA A. TOBON MOLINA,

                    Plaintiff,

- against -

DIAKONOS CARGO ENTERPRISES LLC, MARIE CARGO LLC, and NELSON ALEXANDER BRITO CORDO,
                    Defendants.
------------------------------------------------ x

Docket No.: 1:24-cv-00343

**RULE 7.1 STATEMENT**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Dualca Investments LLC makes the following disclosure to the Court pursuant to Local General Rule 7.1 of the Local Rules for the Eastern and Eastern Districts of New York:

      Diakonos Cargo Enterprises LLC is a non-governmental corporate entity and does not have a parent corporation or publicly held corporation that owns more than 10% of its stock. Upon information and belief, David Quintero, is the is the only member of Diakonos Cargo Enterprises LLC, and was on the date of the accident, and currently is, domiciled in Tolland County, State of Connecticut.

      Marie Cargo LLC is a non-governmental corporate entity and does not have a parent corporation or publicly held corporation that owns more than 10% of its stock. Upon information and belief, Dulce Maria Almao is the is the only member of Marie Cargo LLC, and was on the date of the accident, and currently is, domiciled in Hartford County, State of Connecticut.

Dated: New York, New York
January 19, 2024

Sincerely,

*GALLO VITUCCI KLAR LLP*

*Nadine Ibrahim*
_____
By:     Nadine Ibrahim, Esq.
*Attorneys for Defendants*
DIAKONOS CARGO ENTERPRISES LLC,
MARIE CARGO LLC, and
NELSON ALEXANDER BRITO CORDOVA
90 Broad Street, 3rd Floor.
New York, New York 10004
(212) 683-7100

TO:   GOLDIN & RIVIN, PLLC
Julia Rivin, Esq.
*Attorneys for Plaintiffs*
225 Broadway, Suite 1015
New York, New York 10007
(212) 571-7111

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------- x
CARLOS ALBERTO POSADO CORREA, WILLIAM
FABIAN JULA and NATALIA A. TOBON MOLINA,          Docket No.: 1:24-cv-00343

                        Plaintiff,     **CERTIFICATE OF SERVICE**

        - against -

DIAKONOS CARGO ENTERPRISES LLC, MARIE
CARGO LLC, and NELSON ALEXANDER BRITO
CORDO,
                      Defendants.
----------------------------------------------- x

      I hereby certify that on January 19, 2024 I electronically filed Defendants' **RULE 7.1 STATEMENT** with the Clerk of the Court for the Eastern District of New York, by using the CM/ECF system and served same by email in accordance with the Federal Rules of Civil Procedure, and/or the Eastern District's Local Rules, and/or the Eastern District's Rules on Electronic Service upon the following parties and participants:

GOLDIN & RIVIN, PLLC
Julia Rivin, Esq.
*Attorneys for Plaintiffs*
225 Broadway, Suite 1015
New York, New York 10007
(212) 571-7111
Sincerely,

GALLO VITUCCI KLAR LLP

*Nadine Ibrahim*
_____
By:    Nadine Ibrahim, Esq.
*Attorneys for Defendants*
JUAN CARLOS CARDONA BARRIENTOS and
DUALCA INVESTMENTS LLC,
90 Broad Street, 3rd Floor.
New York, New York 10004
(212) 683-7100
Email: nibrahim@gvlaw.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK                    Docket No.: 1:24-cv-00343

CARLOS ALBERTO POSADO CORREA, WILLIAM FABIAN JULA and NATALIA A. TOBON MOLINA,

                Plaintiff,

      - against -

DIAKONOS CARGO ENTERPRISES LLC, MARIE CARGO LLC, and NELSON ALEXANDER BRITO CORDO,

                Defendants.

## RULE 7.1 STATEMENT

GALLO VITUCCI KLAR LLP
*Attorneys for Defendants*
JUAN CARLOS CARDONA BARRIENTOS and
DUALCA INVESTMENTS LLC,
90 Broad Street, 3rd Floor.
New York, New York 10004
(212) 683-7100
Email: nibrahim@gvlaw.com
File No.: PROG.2023037